1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Y.M.,                                      Case No.: 1:25-cv-01063-SKO (HC)

12                    Petitioner,                 ORDER GRANTING PETITIONER'S
                                                  REQUEST TO PROCEED UNDER
13          v.                                    PSEUDONYM

14    MINGA WOFFORD, et al.,                       [Doc. 2]

15                    Respondents.

16

17          Petitioner is an immigration detainee proceeding with counsel with a petition for writ of

18    habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the Court is Petitioner's August 22,

19    2025, motion to proceed under pseudonym. (Doc. 2.)

20          The Ninth Circuit has held that "a party may preserve his or her anonymity in judicial

21    proceedings in special circumstances when the party's need for anonymity outweighs prejudice to

22    the opposing party and the public's interest in knowing the party's identity."  Does I thru XXIII v.

23    Advanced Textile Corp., 214 F.3d 1058, 1068 (9th Cir. 2000). In determining the need for

24    anonymity, the Court must evaluate the following factors: 1) the severity of the threatened harm;

25    (2) the reasonableness of the anonymous party's fears; (3) the anonymous party's vulnerability to

26    such retaliation; (4) the precise prejudice at each stage of the proceedings to the opposing party

27    and whether proceedings may be structured so as to mitigate that prejudice; and (5) whether the

28    public's interest in the case would be best served by requiring that the litigant reveals his or her

1

identity. Id. at 1068-69.

Petitioner is a Haitian national who has applied for protection under the Convention Against Torture. He fears persecution and retaliation from criminal street gangs in Haiti and in federal detention should his identity be revealed. Petitioner states he is a former high-level member of a criminal street gang that had engaged in sophisticated drug trafficking operations targeting Haitian drug dealers. He states his family in Haiti was attacked in 2023 shortly before his release from federal prison by armed men demanding to know his whereabouts and threatening to kill him when he returned. The current lawsuit would reveal Petitioner's identity, age, current location and future release. Petitioner's fears are credible and satisfy the first three factors. Further, the Court does not find Respondent will be prejudiced should Petitioner proceed using initials. As Petitioner notes, Respondent has been informed of Petitioner's identity. The Court finds Petitioner's need for anonymity outweighs the public's interest in knowing his identity.

For the foregoing reasons, Petitioner's motion to proceed under pseudonym is GRANTED.

IT IS SO ORDERED.

Dated:   **August 26, 2025**                     /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

2