GENNA BEIER (CA SBN 300505)
genna.beier@sfgov.org
**San Francisco Office of the Public Defender**
555 7th Street
San Francisco, CA 94103
(510) 519-4971

SANDHYA NADADUR (CA SBN 361807)
sandhya.nadadur@berkeley.edu
SOPHIA WANG (CA SBN 319151)
sophia.wang@berkeley.edu
**Criminal Law & Justice Center**
University of California, Berkeley
Berkeley Law West Law Building
Berkeley, CA 94720-7200
(415) 763-0299

*Pro Bono Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Y.M., | Case No.: 1:25-CV-01063-SKO |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| MINGA WOFFORD, ET AL., | |
| Respondents. | |

Counsel for the parties have reached and hereby submit the following stipulation pursuant to Local Rule 143.

Whereas, Petitioner submitted to the Immigration Court a motion for a bond hearing to be held on December 10, 2025 at a time when Petitoner's attorneys are available;

STIPULATION AND [PROPOSED] ORDER
Case No. 1:25-CV-01063-SKO

Whereas, the Immigration Court scheduled Petitioner a bond hearing on December 9, 2025, at a time Petitioner's attorneys are unavailable; and

Whereas, the Immigration Court seeks an amended court order to schedule a bond hearing for Petitioner after December 10, 2025;

The parties agree that Paragraph 3 of the Court's Order dated November 19, 2025 shall be amended to state:

3) Respondent is DIRECTED to provide Petitioner with a bond hearing before an IJ within ~~twenty-one (21)~~ twenty-eight (28) days, at a time when Petitioner's attorneys are available to appear, in which the Government must demonstrate by clear and convincing evidence that Petitioner is not a flight risk or a danger to the community, or in the alternative, release Petitioner on appropriate conditions of supervision; and

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 12/05/2025        s/ Genna Beier
                         Attorney for Petitioner

DATED: 12/05/2025        s/ Alex Cárdenas
                         Attorney for Respondent

IT IS SO ORDERED.

Dated:   **December 5, 2025**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
Case No. 1:25-CV-01063-SKO